1

2

3                                                                                          O

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,              )
                                            )
11                    Plaintiff,            )        SA 07-00057M
                                            )
12          v.                              )   ORDER OF DETENTION AFTER HEARING
                                            )        (18 U.S.C. § 3142(i))
13   ROBERT GUZMAN,                         )
                                            )
14                    Defendant.            )
                                            )
15   _____       )

16                                         I.

17   A.  ( ) On motion of the Government involving an alleged

18       1.  ( )  crime of violence;

19       2.  ( )  offense with maximum sentence of life imprisonment or death;

20       3.  ( X )    narcotics or controlled substance offense with maximum sentence of ten or more

21                  years (21 U.S.C. §§  801,/951, et. seq.,/955a);

22       4.  ( )  felony - defendant convicted of two or more prior offenses described above.

23       5.  ( )   offense under 18 U.S.C. § 924(c), § 956(a), or 2332b.

24       6.  ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or

25   possession or use of a firearm or destructive device or other dangerous weapon, or failure to

26   register under 18 U.S.C. § 2250.

27

28

---

1    B.  On motion (X ) (by the Government) / ( ) (by the Court <u>sua</u> <u>sponte</u> involving)

2    1.  ( X) serious risk defendant will flee;

3    2.  ( )  serious risk defendant will

4        a. ( )   obstruct or attempt to obstruct justice;

5        b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

6                                   II.

7    The Court finds no condition or combination of conditions will reasonable assure:

8    A.  (X)      appearance of defendant as required; and/or

9    B.  ( X)     safety of any person or the community;

10                                  III.

11   The Court has considered:

12   A.  (X)      the nature and circumstances of the offense;

13   B.  (X)      the weight of evidence against the defendant;

14   C.  (X)      the history and characteristics of the defendant;

15   D.  ( ) the nature and seriousness of the danger to any person or to the community.

16                                  IV.

17   The Court concludes:

18   A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

19

20   B.  ( ) History and characteristics indicate a serious risk that defendant will flee because:

21

22   C.  ( ) A serious risk exists that defendant will:

23       1. ( )   obstruct  or  attempt to  obstruct  justice;

24       2. ( )   threaten, injure or intimidate a witness/ juror; because:

25   D.  ( X)     Defendant has not rebutted by sufficient evidence to the contrary the presumption

26               provided in 18 U.S.C. § 3142 (e).

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5 consultation with his counsel.

6

7

8    Dated: March 2, 2007

9

10                                              Marc L. Goldman
                                               U.S. Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28